■ THE MARRANO/MARC EQUITY CORPORATION et al., Respondents, v TOWN OF LANCASTER, Appellant. [994 NYS2d 887]—Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered June 20, 2013. The order denied the motion of defendant for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 26, 2014, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.

■ In the Matter of DANIEL ALVAREZ, Appellant, v BRIAN FISCHER, as Commissioner of New York State Department of Corrections and Community Supervision, Respondent. [994 NYS2d 887]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered June 10, 2013 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.

■ ELISABETH L. PIPER et al., Respondents, v LEWIS G. GIGLIA et al., Appellants. [994 NYS2d 888]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered September 9, 2013. The order denied the motion of defendants to compel disclosure.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 8, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.